UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENNIS FRAUTTEN, an individual

    Plaintiff,

v.                                                                                  Case No:   2:14-cv-332-FtM-29CM

ESTANCIA AT BONITA BAY
CONDOMINIUM ASSOCIATION,
INC. and TRINET HR
CORPORATION,

    Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion for Enlargement of Discovery Deadline, Other Pretrial Deadlines and Trial Period (Doc. 46), filed on October 28, 2015.  Defendants state that the parties have been working diligently to comply with the deadlines set forth in the Case Management and Scheduling Order (Doc. 30); however, during the week of October 12, 2015, Monica Williams Harris, lead counsel for Defendants, had to take an immediate and unforeseeable leave of absence due to a child being placed with her for adoption.   Doc. 46, at 2.   On October 22, 2015, Nicole A. Sbert, Esq. appeared as co-counsel on behalf of Defendants and needs additional time to familiarize herself with the case.  Doc. 45.  Defendants seek a sixty (60) day extension of the discovery deadline, other pre-trial deadlines, and trial term.  Doc. 46 at 3.  Based on the good cause shown and because the Motion is unopposed, the Motion is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendants' Unopposed Motion for Enlargement of Discovery Deadline, Other Pretrial Deadlines and Trial Period (Doc. 46) is **GRANTED**.

2. The clerk is directed to enter an amended case management and scheduling order under separate cover.

3. All further directives set forth by the Court in its Case Management and Scheduling Order (Doc. 30) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of October, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record